### HOUSTON COAL & COKE CO. v. NORFOLK & W. RY. CO.

(Circuit Court of Appeals, Fourth Circuit. February 14, 1910.)

No. 918.

Appeal from the Circuit Court of the United States for the Western District of Virginia, at Lynchburg.

Suit in equity by the Houston Coal & Coke Company against the Norfolk & Western Railway Company. Decree for defendant, and complainant appeals. Affirmed.

Z. T. Vinson (Vinson & Thompson and Brown, Jackson & Knight, on the briefs), for appellant.

John H. Holt and Lucian H. Cocke (Joseph I. Doran and Theodore W. Reath, on the briefs), for appellee.

Before PRITCHARD, Circuit Judge, and WADDILL and CONNOR, District Judges.

PRITCHARD, Circuit Judge. The questions involved in this controversy were determined by this court in the case of Columbus Iron & Steel Company v. Kanawha & Michigan Railway Company, 178 Fed. 261, disposed of at this term of the court. The opinion in that case was based on the opinion of the Supreme Court of the United States in the case of Baltimore & Ohio Railroad Company et al. v. United States of America ex rel. Pitcairn Coal Company, 215 U. S. 481, 30 Sup. Ct. 164. 54 L. Ed. ——, and also the case of Illinois Central Railroad Company v. Interstate Commerce Commission, 215 U. S. 452, 30 Sup. Ct. 155, 54 L. Ed. ——, decided by that court at its October term, 1909.

We therefore deem it unnecessary to enter into a discussion of the questions disposed of in the opinion of this court hereinbefore mentioned.

Affirmed.